MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
DAVID LIGTENBERG, DEPUTY CITY ATTORNEY, SBN: 313153
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
E-mail: amaurer@glendaleca.gov

Attorneys for Defendants, Officers Nick Orloff,
Jeff Davis and Donald Cole

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SAHAKIAN,

            Plaintiff,

vs.

OFFICER PESTI, RICHARD #22365;
AGENT/OFFICER ORLOFF #16235;
OFFICER COLE #14912; AND
OFFICER/DETECTIVE JEFFREY
DAVIS #20440,

            Defendants

Case No.: CV 16-04204 JFW (DFM)

[PROPOSED] ORDER FOR PROTECTIVE ORDER

BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED THAT:

    1.    All documents which are part of or related to personnel information about any Glendale police officer, including any administrative complaints or disciplinary action(s) produced in this case are to be treated as "confidential material."

    2.    Confidential material shall be used solely in connection with the preparation and trial of the within case, Case No. CV 16-04204 JFW (DFM) or any related appellate proceeding, and not for any other purpose, including any other litigation.

- 1 -

3. Confidential material may not be disclosed except as provided in paragraph 4.

4. Confidential material may be disclosed only to the following persons:
    (a) Counsel for any party and any party to this litigation (Case No. CV 16-04204 JFW (DFM));
    (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by the persons referred to in (a);
    (c) Court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;
    (d) Any outside expert or consultant, including investigators, retained in connection with this action, and not otherwise employed by either party; and
    (e) Any expert designated by either party to testify at trial in this matter.

5. If any document(s) which are the subject of this Protective Order, is presented to this or any other court in any manner prior to the time of trial, said document(s) shall be lodged under seal in an envelope clearly marked as follows:

"CONFIDENTIAL MATERIAL SUBJECT TO A PROTECTIVE ORDER."

6. At the conclusion of the trial and of any appeal or upon termination of this litigation, all confidential material received under the provisions of this order (including any copies made and/or any computer materials made or stored) shall be tendered back to the City of Glendale. Provisions of this order in so far as they restrict the disclosure and use of the material shall be in effect until further order of this court.

7. The foregoing is without prejudice to the right of any party:
    (a) To apply to the court for a further protective order relating to confidential material or relating to discovery in this litigation;
    (b) To apply to the court for an order removing the confidential material designation from any documents; and

(c) To apply to the court for an order compelling production of documents or modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

IT IS SO ORDERED.

DATED: 11/14/2018

_____
The Honorable Douglas F. McCormick