# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 16-04204-JFW (DFM) | Date: | November 7, 2019 |
|---|---|---|---|
| Title | Michael Sahakian v. City of Glendale et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause for Lack of Prosecution

On October 17, 2019, the Court ordered both parties to submit status reports by Friday, November 1. See Dkt. 44. Plaintiff did not do so. **Accordingly, within fourteen (14) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not recommend this action be dismissed for lack of prosecution. Filing a status report is sufficient to discharge this OSC.**