# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL SAHAKIAN, | Case No. CV 16-04204-JFW (DFM) |
| Plaintiff, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| CITY OF GLENDALE et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendants' motion for summary judgment is GRANTED and (2) Judgment shall be entered dismissing this case with prejudice.

Date:  May 6, 2020

_____
JOHN F. WALTER
United States District Judge