JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL SAHAKIAN, | Case No. CV 16-04204-JFW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF GLENDALE et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: May 6, 2020

_____
JOHN F. WALTER
United States District Judge